IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES R. THOMPSON and
CLIFFORD M. WEINER,

    Plaintiffs,

v.                                                   No. 12-CV-276 MCA/SMV

DAPHNE GAMMON,
MARTHA SCHUETZ,
NANCY E. WALKER,
JOHN DEWITT, CATHY DEWITT,
and MARK F. REED,

    Defendants.

## ORDER

**THIS MATTER** is before the Court on Defendant Daphne Gammon's *Motion to Dismiss First Amended Complaint for Failure to Join Indispensable Parties* [Doc. 12] and Defendant Martha Schuetz' *Motion to Dismiss* [Doc. 18]. Having considered the parties' submissions, the relevant law, and otherwise being fully advised in the premises, the Court **DENIES** the *Motions*.

On October 3, 2013, this Court held in abeyance the above *Motions*, and ordered Plaintiff to amend his Complaint to add necessary parties or his complaint would be dismissed pursuant to Federal Rule of Civil Procedure 19. [Doc. 29] On October 30, 2013, Plaintiff amended his Complaint and added the parties this Court determined were required. [Doc. 30] Because Plaintiff has joined the required parties, for the reasons set out in the Court's Memorandum Opinion dated October 30, 2013, dismissal is not

1

warranted.

**WHEREFORE, IT IS HEREBY ORDERED THAT** Defendant Gammon's *Motion to Dismiss First Amended Complaint for Failure to Join Indispensable Parties* [Doc. 12] and Defendant Schuetz' *Motion to Dismiss* [Doc. 18] are **DENIED.**

**SO ORDERED this 21st day of February, 2014, in Albuquerque, New Mexico.**

_____
M. Christina Armijo
Chief Judge, United States District Court