IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES R. THOMPSON and
CLIFFORD WEINER,

    Plaintiffs,

v.                                            No. 12-cv-0276 MCA/SMV

DAPHNE GAMMON, MARTHA SCHUETZ,
NANCY WALKER, JOHN DEWITT,
CATHY DEWITT, and MARK F. REED,

    Defendants,

and

DAPHNE GAMMON, NANCY WALKER,
and MARK F. REED,

    Counterclaimants,

v.

JAMES R. THOMPSON and
CLIFFORD WEINER,

    Counterdefendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    April 24, 2014, at 9:30 a.m.

**Matter to be heard**:  Status Conference

    A telephonic status conference is hereby set for **April 24, 2014, at 9:30 a.m.**  Counsel shall call Judge Vidmar's Teleconference Line at **(215) 446-3656**, using code **4382538**, to connect to the proceedings.  Counsel shall be prepared to discuss the progress of the case.

IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**