**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**JAMES R. THOMPSON and**
**CLIFFORD WEINER,**

     **Plaintiffs,**

**v.**                                                                   **No. 12-cv-0276 MCA/SMV**

**DAPHNE GAMMON, MARTHA SCHUETZ,**
**NANCY WALKER, JOHN DEWITT,**
**CATHY DEWITT, and MARK F. REED,**

     **Defendants,**

**and**

**DAPHNE GAMMON, NANCY WALKER,**
**and MARK F. REED,**

     **Counterclaimants,**

**v.**

**JAMES R. THOMPSON and**
**CLIFFORD WEINER,**

     **Counterdefendants.**

**<u>ORDER SETTING TELEPHONIC STATUS CONFERENCE</u>**

**Date and time**:          September 24, 2014, at 10:30 a.m.

**Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **September 24, 2014, at 10:30 a.m.**

Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the

proceedings.[1]   Parties shall be prepared to discuss the status of discovery completed, any additional discovery anticipated, and when to schedule a settlement conference.   Counsel are reminded to have their calendars available for the hearing.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.