**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**JAMES R. THOMPSON, and
CLIFFORD M. WEINER,**

      **Plaintiffs,**

      vs.                                                 No. 1:12-CV-00276 MCA/SMV

**DAPHNE GAMMON, MARTHA SCHUETZ,
NANCY E. WALKER, JOHN DEWITT,
CATHY DEWITT and MARK F. REED,**

      **Defendants.**

**ORDER GRANTING UNOPPOSED MOTION
TO DISMISS CLAIMS AGAINST DEFENDANT MARTHA SCHUETZ**

THIS MATTER having come before the Court on Defendant's Unopposed Motion to Dismiss Claims Against Defendant Martha Schuetz, and the Court being fully advised in the premises, FINDS that the Motion is unopposed and therefore should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant's Unopposed Motion to Dismiss Claims Against Defendant Martha Schuetz is **GRANTED.** All claims made against Defendant Martha Schuetz herein are hereby dismissed.

**IT IS SO ORDERED.**

                                              _____
                                              **HONORABLE M. CHRISTINA ARMIJO
                                              Chief Judge United States District Court**