# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| JAMES R. THOMPSON AND CLIFFORD M. WEINER § § § <br> Plaintiffs, § § <br> vs. § § <br> DAPHNE GAMMON, § MARTHA SCHUETZ, § NANCY E. WALKER, § JOHN DEWITT, CATHY DEWITT, § and MARK F. REED § § <br> Defendant. § § | No. 1:12-CV-00276-MCA/SMV |

## UNOPPOSED MOTION TO DISMISS CLAIMS

COMES NOW Defendant Mark F. Reed, by and through his counsel of record, Stephen Natelson, and files this motion asking that the claims against him be dismissed. In support thereof, Defendant Reed states as follows:

1. On September 12, 2014, Defendant Mark Reed dismissed all claims against Plaintiff James Thompson.

2. Subsequently on December 3, 2014, Defendant Reed entered into a settlement agreement with Plaintiff Weiner;

3. The settlement agreement specified that Plaintiff Weiner dismiss the claim that the 15-foot easement across his property had been abandoned as shown in a Warranty Deed from T.S.E. Interests, Ltd. to WEINER, dated August 25, 2011, recorded in Book 756, Pages 339-340, records of Taos County, New Mexico, and which real property is depicted in that Survey Plat, "T.S.E. Interests, LTD. to Clifford M Wiener", Taos Surveying dated August 11, 2011, by Craig T. Gillio, Project No. 211-061;

4. Because Defendant Reed and Plaintiff Weiner have settled the easement claim between them, no further claims exist against Defendant Reed.

5. The Court, by Order dated December 10, 2014, directed that pleadings dismissing the claims against Defendant Reed be filed on or before January 9, 2014.

6. Defendant Mark Reed requests that the Court enter an Order dismissing all claims against him, and also dismiss Defendant Reed's claims against Plaintiff Weiner. Counsel for Plaintiffs does not oppose this motion. Counsel for Defendant Gammon does not oppose this motion.

Respectfully submitted,

STEPHEN NATELSON
Natelson Law Firm
411 Camino De La Placita
Taos, NM 87571-6192
T 575-758-4844
F 575-758-9283
natelsonstephen@qwestoffice.net

ATTORNEY FOR DEFENDANT
MARK REED

## Certificate of Service

On January 14, 2015, I certify that I have served all counsel of record, listed below, electronically or by another means authorized by Fed. R. Civ. P. 5(b)(2).

Karen Aubrey, Esq.
Law Office of Karen Aubrey
P.O. Box 8435
Santa Fe, New Mexico 87504
T 505-982-4287
F 505-986-8349
ka@karenaubreylaw.com

ATTORNEYS FOR DEFENDANTS
DAPHNE GAMMON & NANCY E. WALKER

John Reenan
Helms & Greene, LLC
Texas State Bar No. 00789777
jreenan@helmsgreene.com
1700 Pacific Ave., Suite 3740
Dallas, Texas 75201
Telephone: (214) 466-7910
Facsimile: (214) 466-7915

- and -

Brad Berge
Holland & Hart LLP
Post Office Box 2208
Santa Fe, New Mexico 87504-2208
(505) 988-4421
(505) 983-6043 -FAX
GAgerholt@hollandhart.com

ATTORNEYS FOR DEFENDANTS
JAMES R. THOMPSON AND CLIFFORD M. WEINER

_____
STEPHEN NATELSON, ESQ.

s:\data\sara\pleadings and clients\reed, mark\reeed stipulated motion.doc