IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES R. THOMPSON and
CLIFFORD WEINER,

    Plaintiffs,

v.                                                                                    No. 12-cv-0276 MCA/SMV

DAPHNE GAMMON, MARTHA SCHUETZ,
NANCY WALKER, JOHN DEWITT,
CATHY DEWITT, and MARK F. REED,

    Defendants,[1]

and

DAPHNE GAMMON, NANCY WALKER,
and MARK F. REED,

    Counterclaimants,

v.

JAMES R. THOMPSON and
CLIFFORD WEINER,

    Counterdefendants.

## ORDER RESETTING SETTLEMENT CONFERENCE

THIS MATTER is before the Court in order to reschedule the Settlement Conference originally set for January 25, 2016.  To facilitate a final disposition of this case, a mandatory Settlement Conference will be conducted in accordance with Rule 16(a)(5) of the Federal Rules of Civil Procedure.  The conference will be held on **January 26, 2016, at 9:30 a.m.** in the **Piñón Courtroom and the Jury Assembly Room on the second floor of the Santiago E. Campos United States Courthouse at 106 South Federal Place in Santa Fe, New Mexico.**

---

[1] Defendants Mark F. Reed and Martha Schuetz have been dismissed as parties.  *See* [Docs. 95 and 97].

**IT IS THEREFORE ORDERED** as follows:

| | |
|---|---|
| **Parties' confidential position statements due to the Court:** | January 15, 2016, at 12:00 p.m. |
| **Settlement Conference:** | January 26, 2016, at 9:30 a.m. |

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**