IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES R. THOMPSON and
CLIFFORD M. WEINER,

    Plaintiffs,

v.                                      No. 1:12-CV-00276-MCA/SMV

DAPHNE GAMMON, MARTHA SCHUETZ,
NANCY E. WALKER, JOHN DEWITT,
CATHY DEWITT and MARK F. REED,

    Defendants.

## NOTICE OF SETTLEMENT

Defendants Daphne Gammon and Nancy E. Walker and Plaintiffs James R. Thompson and Clifford M. Weiner hereby advise and inform the Court that the parties have reached a settlement in this matter. The parties are presently working on a written Settlement Agreement and will file a Stipulation of Dismissal as soon as practicable.

                                        LAW OFFICE OF KAREN AUBREY

                                        By:     /s/
                                        KAREN AUBREY
                                        P. O. Box 8435
                                        Santa Fe, New Mexico 87504-8435
                                        (505) 982-4287; facsimile (505) 986-8349
                                        ka@karenaubreylaw.com
                                        Attorney for Defendants-Counterplaintiffs Gammon
                                        and Walker

KILGORE McCOWN, PLLC

By:_____/s/_____
JOHN REENAN
2201 Main Street Suite 212
Dallas, Texas 75201
(469) 250-2041; FACSIMILE (972) 532-6496
jreenan@kmlawpllc.com

Bradford C. Berge, Esq.
Holland & Hart LLP
Post Office Box 2208
Santa Fe, New Mexico 87504-2208
(505) 988-4421
(505) 983-6043 -FAX
bberge@hollandhart.com

Attorney for Plaintiffs-Counterdefendants
Thompson and Weiner

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of January, 2016, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

jreenan@kmlawpllc.com
bberge@hollandhart.com

By: _____/s/_____
Karen Aubrey