IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES R. THOMPSON and
CLIFFORD WEINER,

    Plaintiffs,

v.                                                            No. 12-cv-0276 MCA/SMV

DAPHNE GAMMON, MARTHA SCHUETZ,
NANCY WALKER, JOHN DEWITT,
CATHY DEWITT, and MARK F. REED,

    Defendants,[1]

and

DAPHNE GAMMON, NANCY WALKER,
and MARK F. REED,

    Counterclaimants,

v.

JAMES R. THOMPSON and
CLIFFORD WEINER,

    Counterdefendants.

## ORDER TO FILE CLOSING DOCUMENTS

THIS MATTER is before the Court on the parties' Notice of Settlement [Doc. 119], filed on January 14, 2016. Since the Notice, nothing further has been filed on the record.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **March 18, 2016**, absent a request for an extension and a showing of good cause.

IT IS SO ORDERED.

                                                                **STEPHAN M. VIDMAR**
                                                                 **United States Magistrate Judge**

---

[1] Defendants Mark F. Reed and Martha Schuetz have been dismissed as parties. *See* [Docs. 95 and 97].