IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES R. THOMPSON and
CLIFFORD M. WEINER

    Plaintiffs,

v.                                            No. 1:12-cv-00276-MCA/GJF

DAPHNE GAMMON,
MARTHA SCHUETZ,
NANCY E. WALKER,
JOHN DEWITT, CATHY DEWITT,
and MARK F. REED

    Defendants.

## FINAL JUDGMENT

The Court, having entered an Order granting Plaintiffs' *Motion to Reconsider Motion for Default Judgment* [Doc. 130], and pursuant to Federal Rule of Civil Procedure 55, the Court hereby ORDERS, ADJUDGES, AND DECREES as follows:

1. The Court ORDERS, ADJUDGES, DECREES, AND DECLARES that the DeWitts have no rights to any easement across any property of Plaintiff James R. Thompson; and

2. The Court ORDERS, ADJUDGES, DECREES, AND DECLARES that the 15' Easement across the property of Plaintiff Clifford M. Weiner continues to exist in favor of the property owned by the DeWitts.

FURTHER, all other claims having been settled or otherwise resolved by prior Orders and Stipulations, [Docs. 77, 95, 97, 123, 126, 130], the Court hereby enters FINAL JUDGMENT in accordance with those Documents. Fed. R. Civ. P. 58(a).

1

IT IS FURTHER ORDERED and ADJUDGED that this action is DISMISSED.

SO ORDERED this 27th day of April, 2016 in Albuquerque, New Mexico.

_____
M. CHRISTINA ARMIJO
Chief Judge, United States District Court